UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

State Automobile Mutual Insurance Company

Plaintiff

vs.   Case No.: 1:19-cv-02736-JMC

Havtech, Inc., et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Complaint for Declaratory Judgment, Civil Cover Sheet, and Disclosure of Corporate Interest in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/20/2019 at 2:13 PM, I served Kirlin Mid-Atlantic, LLC d/b/a Kirlin Mechanical Services c/o The Corporation Trust, Incorporated, Resident Agent with the Summons in a Civil Action, Complaint for Declaratory Judgment, Civil Cover Sheet, and Disclosure of Corporate Interest at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093 by serving Kaitlin McNew, Intake Specialist, authorized to accept service.

Kaitlin McNew is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 145   Height: 5'4"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/23/19
Executed On

Vincent Piazza
Client Ref Number: Lippincott - State Auto/Havtech
Job #: 1567961

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 8:19-cv-02736-PJM Document 52 Filed 10/03/19 Page 2 of 2
Case 1:19-cv-02736-JMC Document 52 Filed 10/18/19 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

State Automobile Mutual Insurance Company )
*Plaintiff(s)* )
v. ) Civil Action No. 1:19-cv-2736
Havtech, Inc., Washington Real Estate Investment )
Trust, Kirlin Mid-Atlantic, LLC D/B/A Kirlin Mechanical )
Services, & Kirlin Mechanical Services, LLC )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kirlin Mid-Atlantic, LLC D/B/A Kirlin Mechanical Services
Serve: The Corporation Trust, Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kelly Lippincott, Esq.
GORDON REES SCULLY MANSUKHANI
1101 King Street, Suite 520
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/18/2019

_____
Deputy Clerk